# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 08-00583DAE-KSC |
| CASE NAME: | PMP II LLC, et al. v. D.B. Zwirn Real Estate Credit Partners, LLC, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 01/08/2010 | TIME: | |

COURT ACTION:  EO: Due to [100]Notice of Automatic Stay, Court hereby withdraws the following motions without prejudice:  [94] MOTION to Dismiss The First Claim in PMP II, LLC, Peter R. Morris, PRM Realty Group, LLC, and Bagelpipe, LLC's First Amended Complaint Filed January 20, 2009 and The First Amended Counterclaim filed January 20, 2009 by PMP II, LLC, [97] Ex Parte MOTION for Consideration of Evidence Outside the Pleadings.  Both motions to be terminated.

Motions to be reinstated upon motion by either party, following the lifting of the automatic stay of proceedings.

Submitted by: Theresa Lam, Courtroom Manager